# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Levi G. Daley         BK NO. 20-01891 HWV

      Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK,N.A. S/B/M TO NATIONAL CITY MORTGAGE A DIVISION OF NATIONAL CITY BANK and index same on the master mailing list.

    Respectfully submitted,

/s/ **Rebecca A. Solarz**
Rebecca Solarz
27 Oct 2020, 16:29:30, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322