**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Levi G Daley

Case No.: 1-20-01891 HWV

Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | PNC |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 9909 |
| Property Address if applicable: | 102 Park St |

### PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $14,109.39 |
| b. | Prepetition arrearages paid by the trustee: | $14,109.39 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $14,109.39 |

### PART 3:  POSTPETITION MORTGAGE PAYMENT

Mortgage was paid through the Trustee
from July 2020 through June 2025

| | |
|---|---|
| Current monthly mortgage payment: | $699.54 |
| The next post-petition payment is due on: | July 2025 |

### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are

current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: July 28, 2025

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Levi G Daley

                                       Case No.: 1-20-01891 HWV

                                       Chapter 13

                **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 28, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331


**Served by First Class Mail**
PNC NA
Att: Bankruptcy
3232 Newmark Dr
Miamisburg OH 45342

Levi G Daley
102 Park St
Apt 1
Mont Alto PA 17237


I certify under penalty of perjury that the foregoing is true and correct.


Date: July 28, 2025                         /s/  Liz Joyce
                                           Office of the Standing Chapter 13 Trustee
                                           Jack N. Zaharopoulos
                                           Suite A, 8125 Adams Dr.
                                           Hummelstown, PA  17036
                                           Phone:  (717) 566-6097
                                           email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** **20-01891**      **LEVI G. DALEY**

**PNC BANK**
BANKRUPTCY DEPT
3232 NEWMARK DR
MIAMISBURG, OH   45342-

Sequence:  07
Modify:
Filed Date:
Hold Code:

Acct No: 9909

|  | | | Debt: | $41,729.64 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
| Amt Sched: | $0.00 | | | | Accrued Int: | $0.00 |
| Amt Due: | $704.63 | | Paid: | $41,729.64 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|-----------|
| | | | | | | | DisbDescrp | |
| **5010** | **PNC BANK** | | | | | | | |
| 501-0 | PNC BANK | | 06/17/2025 | 2048802 | $704.63 | $0.00 | $704.63 | |
| | | | | | | Payment for 6/2025 | | |
| 501-0 | PNC BANK | | 05/14/2025 | 2047831 | $704.63 | $0.00 | $704.63 | 05/28/2025 |
| | | | | | | Payment for 5/2025 | | |
| 501-0 | PNC BANK | | 04/14/2025 | 2046890 | $704.63 | $0.00 | $704.63 | 04/28/2025 |
| | | | | | | Payment for 4/2025 | | |
| 501-0 | PNC BANK | | 03/18/2025 | 2045999 | $704.63 | $0.00 | $704.63 | 03/28/2025 |
| | | | | | | Payment for 3/2025 | | |
| 501-0 | PNC BANK | | 02/19/2025 | 2045058 | $704.63 | $0.00 | $704.63 | 03/05/2025 |
| | | | | | | Payment for 2/2025 | | |
| 501-0 | PNC BANK | | 01/15/2025 | 2044104 | $704.63 | $0.00 | $704.63 | 01/28/2025 |
| | | | | | | Payment for 1/2025 | | |
| 501-0 | PNC BANK | | 12/17/2024 | 2043160 | $704.63 | $0.00 | $704.63 | 01/06/2025 |
| | | | | | | Payment for 12/2024 | | |
| 501-0 | PNC BANK | | 11/19/2024 | 2042219 | $704.63 | $0.00 | $704.63 | 12/04/2024 |
| | | | | | | Payment for 11/2024 | | |
| 501-0 | PNC BANK | | 11/19/2024 | 2042219 | $704.63 | $0.00 | $704.63 | 12/04/2024 |
| | | | | | | Payment for 9/2024 | | |
| 501-0 | PNC BANK | | 11/19/2024 | 2042219 | $704.63 | $0.00 | $704.63 | 12/04/2024 |
| | | | | | | Payment for 10/2024 | | |
| 501-0 | PNC BANK | | 08/07/2024 | 2039238 | $704.63 | $0.00 | $704.63 | 08/21/2024 |
| | | | | | | Payment for 8/2024 | | |
| 501-0 | PNC BANK | | 07/10/2024 | 2038358 | $704.63 | $0.00 | $704.63 | 07/23/2024 |
| | | | | | | Payment for 7/2024 | | |
| 501-0 | PNC BANK | | 06/18/2024 | 2037536 | $697.03 | $0.00 | $697.03 | 07/03/2024 |
| | | | | | | Payment for 6/2024 | | |
| 501-0 | PNC BANK | | 05/22/2024 | 2036634 | $697.03 | $0.00 | $697.03 | 06/04/2024 |
| | | | | | | Payment for 5/2024 | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | PNC BANK | | 04/17/2024 | 2035629 | $697.03 | $0.00 | $697.03 | 04/30/2024 |
| | | | | | Payment for 4/2024 | | | |
| 501-0 | PNC BANK | | 03/14/2024 | 2034667 | $697.03 | $0.00 | $697.03 | 03/25/2024 |
| | | | | | Payment for 3/2024 | | | |
| 501-0 | PNC BANK | | 03/14/2024 | 2034667 | $697.03 | $0.00 | $697.03 | 03/25/2024 |
| | | | | | Payment for 2/2024 | | | |
| 501-0 | PNC BANK | | 02/14/2024 | 2033707 | $697.03 | $0.00 | $697.03 | 02/28/2024 |
| | | | | | Payment for 1/2024 | | | |
| 501-0 | PNC BANK | | 01/12/2024 | 2032777 | $697.03 | $0.00 | $697.03 | 01/31/2024 |
| | | | | | Payment for 12/2023 | | | |
| 501-0 | PNC BANK | | 12/19/2023 | 2031885 | $697.03 | $0.00 | $697.03 | 01/17/2024 |
| | | | | | Payment for 11/2023 | | | |
| 501-0 | PNC BANK | | 11/15/2023 | 2030923 | $697.03 | $0.00 | $697.03 | 11/27/2023 |
| | | | | | Payment for 9/2023 | | | |
| 501-0 | PNC BANK | | 11/15/2023 | 2030923 | $697.03 | $0.00 | $697.03 | 11/27/2023 |
| | | | | | Payment for 10/2023 | | | |
| 501-0 | PNC BANK | | 10/18/2023 | 2029980 | $697.03 | $0.00 | $697.03 | 11/03/2023 |
| | | | | | Payment for 7/2023 | | | |
| 501-0 | PNC BANK | | 10/18/2023 | 2029980 | $697.03 | $0.00 | $697.03 | 11/03/2023 |
| | | | | | Payment for 8/2023 | | | |
| 501-0 | PNC BANK | | 07/11/2023 | 2026993 | $699.49 | $0.00 | $699.49 | 07/24/2023 |
| | | | | | Payment for 6/2023 | | | |
| 501-0 | PNC BANK | | 06/13/2023 | 2026075 | $699.49 | $0.00 | $699.49 | 06/29/2023 |
| | | | | | Payment for 5/2023 | | | |
| 501-0 | PNC BANK | | 04/18/2023 | 2024129 | $699.49 | $0.00 | $699.49 | 04/28/2023 |
| | | | | | Payment for 4/2023 | | | |
| 501-0 | PNC BANK | | 03/15/2023 | 2023100 | $699.49 | $0.00 | $699.49 | 03/27/2023 |
| | | | | | Payment for 2/2023 | | | |
| 501-0 | PNC BANK | | 03/15/2023 | 2023100 | $699.49 | $0.00 | $699.49 | 03/27/2023 |
| | | | | | Payment for 3/2023 | | | |
| 501-0 | PNC BANK | | 01/18/2023 | 2021095 | $699.49 | $0.00 | $699.49 | 02/02/2023 |
| | | | | | Payment for 1/2023 | | | |
| 501-0 | PNC BANK | | 12/13/2022 | 2020100 | $699.49 | $0.00 | $699.49 | 12/20/2022 |
| | | | | | Payment for 12/2022 | | | |
| 501-0 | PNC BANK | | 11/16/2022 | 2019145 | $699.49 | $0.00 | $699.49 | 12/07/2022 |
| | | | | | Payment for 11/2022 | | | |
| 501-0 | PNC BANK | | 10/18/2022 | 2018113 | $699.49 | $0.00 | $699.49 | 10/26/2022 |
| | | | | | Payment for 9/2022 | | | |
| 501-0 | PNC BANK | | 10/18/2022 | 2018113 | $699.49 | $0.00 | $699.49 | 10/26/2022 |
| | | | | | Payment for 10/2022 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | | DisbDescrp | |
| 501-0 | PNC BANK | | 09/13/2022 | 2017042 | $699.49 | $0.00 | $699.49 | 09/19/2022 |
| | | | | | Payment for 8/2022 | | | |
| 501-0 | PNC BANK | | 08/17/2022 | 2016039 | $699.49 | $0.00 | $699.49 | 08/24/2022 |
| | | | | | Payment for 7/2022 | | | |
| 501-0 | PNC BANK | | 06/14/2022 | 2013998 | $688.17 | $0.00 | $688.17 | 06/21/2022 |
| | | | | | Payment for 5/2022 | | | |
| 501-0 | PNC BANK | | 06/14/2022 | 2013998 | $688.17 | $0.00 | $688.17 | 06/21/2022 |
| | | | | | Payment for 6/2022 | | | |
| 501-0 | PNC BANK | | 04/12/2022 | 2011887 | $688.17 | $0.00 | $688.17 | 04/19/2022 |
| | | | | | Payment for 2/2022 | | | |
| 501-0 | PNC BANK | | 04/12/2022 | 2011887 | $688.17 | $0.00 | $688.17 | 04/19/2022 |
| | | | | | Payment for 3/2022 | | | |
| 501-0 | PNC BANK | | 04/12/2022 | 2011887 | $688.17 | $0.00 | $688.17 | 04/19/2022 |
| | | | | | Payment for 4/2022 | | | |
| 501-0 | PNC BANK | | 01/19/2022 | 2008904 | $688.17 | $0.00 | $688.17 | 01/26/2022 |
| | | | | | Payment for 12/2021 | | | |
| 501-0 | PNC BANK | | 01/19/2022 | 2008904 | $688.17 | $0.00 | $688.17 | 01/26/2022 |
| | | | | | Payment for 1/2022 | | | |
| 501-0 | PNC BANK | | 11/16/2021 | 2006870 | $688.17 | $0.00 | $688.17 | 11/23/2021 |
| | | | | | Payment for 9/2021 | | | |
| 501-0 | PNC BANK | | 11/16/2021 | 2006870 | $688.17 | $0.00 | $688.17 | 11/23/2021 |
| | | | | | Payment for 10/2021 | | | |
| 501-0 | PNC BANK | | 11/16/2021 | 2006870 | $688.17 | $0.00 | $688.17 | 11/23/2021 |
| | | | | | Payment for 11/2021 | | | |
| 501-0 | PNC BANK | | 09/14/2021 | 2004791 | $688.17 | $0.00 | $688.17 | 09/20/2021 |
| | | | | | Payment for 8/2021 | | | |
| 501-0 | PNC BANK | | 07/14/2021 | 2002719 | $688.17 | $0.00 | $688.17 | 07/20/2021 |
| | | | | | Payment for 7/2021 | | | |
| 501-0 | PNC BANK | | 06/16/2021 | 2001742 | $688.15 | $0.00 | $688.15 | 06/22/2021 |
| | | | | | Payment for 6/2021 | | | |
| 501-0 | PNC BANK | | 05/18/2021 | 2000743 | $688.15 | $0.00 | $688.15 | 05/26/2021 |
| | | | | | Payment for 5/2021 | | | |
| 501-0 | PNC BANK | | 04/15/2021 | 1229359 | $688.15 | $0.00 | $688.15 | 04/21/2021 |
| | | | | | Payment for 4/2021 | | | |
| 501-0 | PNC BANK | | 03/17/2021 | 1228349 | $688.15 | $0.00 | $688.15 | 03/25/2021 |
| | | | | | Payment for 2/2021 | | | |
| 501-0 | PNC BANK | | 03/17/2021 | 1228349 | $688.15 | $0.00 | $688.15 | 03/25/2021 |
| | | | | | Payment for 3/2021 | | | |
| 501-0 | PNC BANK | | 02/17/2021 | 1227331 | $688.15 | $0.00 | $688.15 | 02/24/2021 |
| | | | | | Payment for 1/2021 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | | DisbDescrp | |
| 501-0 | PNC BANK | | 01/19/2021 | 1226316 | $688.15 | $0.00 | $688.15 | 01/27/2021 |
| | | | | | | Payment for 12/2020 | | |
| 501-0 | PNC BANK | | 12/10/2020 | 1224531 | $688.15 | $0.00 | $688.15 | 12/15/2020 |
| | | | | | | Payment for 11/2020 | | |
| 501-0 | PNC BANK | | 11/03/2020 | 1223565 | $688.15 | $0.00 | $688.15 | 11/10/2020 |
| | | | | | | Payment for 10/2020 | | |
| 501-0 | PNC BANK | | 10/15/2020 | 1222755 | $688.15 | $0.00 | $688.15 | 10/21/2020 |
| | | | | | | Payment for 9/2020 | | |
| 501-0 | PNC BANK | | 09/17/2020 | 1221763 | $688.15 | $0.00 | $688.15 | 09/23/2020 |
| | | | | | | Payment for 7/2020 | | |
| 501-0 | PNC BANK | | 09/17/2020 | 1221763 | $688.15 | $0.00 | $688.15 | 09/23/2020 |
| | | | | | | Payment for 8/2020 | | |

| | | Sub-totals: | $41,729.64 | $0.00 | $41,729.64 |
|--|--|-------------|------------|-------|------------|
| | | Grand Total: | $41,729.64 | $0.00 | |

# Disbursements for Claim

**Case: 20-01891      LEVI G. DALEY**

**PNC BANK**
ATTN: BANKRUPTCY DEPT
3232 NEWMARK DRIVE
MIAMISBURG, OH   45342-

Acct No: Park Street - PRE-ARREARS -

AREARS - 102 PARK STREET

Sequence:  24
Modify:
Filed Date:
Hold Code:

|  | | |
|---|---|---|
| Debt: | $14,109.39 | Interest Paid: | $0.00 |
| Amt Sched: $74,150.00 | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: $14,109.39 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | DisbDescrp | | |
| **5200** | **PNC BANK** | | | | | | | |
| 520-0 | PNC BANK | | 07/22/2025 | 2049802 | $348.34 | $0.00 | $348.34 | |
| 520-0 | PNC BANK | | 06/17/2025 | 2048803 | $507.12 | $0.00 | $507.12 | |
| 520-0 | PNC BANK | | 05/14/2025 | 2047832 | $484.87 | $0.00 | $484.87 | 05/29/2025 |
| 520-0 | PNC BANK | | 04/14/2025 | 2046891 | $80.09 | $0.00 | $80.09 | 04/28/2025 |
| 520-0 | PNC BANK | | 03/18/2025 | 2046000 | $484.87 | $0.00 | $484.87 | 03/28/2025 |
| 520-0 | PNC BANK | | 02/19/2025 | 2045059 | $889.68 | $0.00 | $889.68 | 03/05/2025 |
| 520-0 | PNC BANK | | 01/15/2025 | 2044105 | $80.08 | $0.00 | $80.08 | 01/28/2025 |
| 520-0 | PNC BANK | | 12/17/2024 | 2043161 | $484.88 | $0.00 | $484.88 | 01/06/2025 |
| 520-0 | PNC BANK | | 11/19/2024 | 2042220 | $3,196.45 | $0.00 | $3,196.45 | 12/04/2024 |
| 520-0 | PNC BANK | | 08/07/2024 | 2039239 | $77.95 | $0.00 | $77.95 | 08/20/2024 |
| 520-0 | PNC BANK | | 07/10/2024 | 2038359 | $77.95 | $0.00 | $77.95 | 07/23/2024 |
| 520-0 | PNC BANK | | 06/18/2024 | 2037537 | $605.94 | $0.00 | $605.94 | 07/03/2024 |
| 520-0 | PNC BANK | | 05/22/2024 | 2036635 | $1,245.40 | $0.00 | $1,245.40 | 06/04/2024 |
| 520-0 | PNC BANK | | 04/17/2024 | 2035630 | $648.31 | $0.00 | $648.31 | 04/30/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------|-------|-----------|
| 520-0 | PNC BANK | | 04/18/2023 | 2024130 | $679.81 | $0.00 | $679.81 | 04/28/2023 |
| 520-0 | PNC BANK | | 03/15/2023 | 2023101 | $237.69 | $0.00 | $237.69 | 03/27/2023 |
| 520-0 | PNC BANK | | 01/18/2023 | 2021096 | $305.77 | $0.00 | $305.77 | 02/02/2023 |
| 520-0 | PNC BANK | | 12/13/2022 | 2020102 | $305.78 | $0.00 | $305.78 | 12/20/2022 |
| 520-0 | PNC BANK | | 11/16/2022 | 2019147 | $305.79 | $0.00 | $305.79 | 12/07/2022 |
| 520-0 | PNC BANK | | 10/18/2022 | 2018115 | $183.48 | $0.00 | $183.48 | 10/25/2022 |
| 520-0 | PNC BANK | | 06/14/2022 | 2014000 | $220.66 | $0.00 | $220.66 | 06/21/2022 |
| 520-0 | PNC BANK | | 04/12/2022 | 2011889 | $1,845.11 | $0.00 | $1,845.11 | 04/19/2022 |
| 520-0 | PNC BANK | | 01/19/2022 | 2008906 | $328.45 | $0.00 | $328.45 | 01/26/2022 |
| 520-0 | PNC BANK | | 11/16/2021 | 2006872 | $484.92 | $0.00 | $484.92 | 11/23/2021 |

**Sub-totals:** $14,109.39    $0.00   $14,109.39

**Grand Total:** $14,109.39    $0.00