United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                         Case No. 20-01891-HWV
Levi G. Daley                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                            Page 1 of 2
Date Rcvd: Oct 14, 2025                      Form ID: fnldec                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

**Recip ID**           **Recipient Name and Address**
db                 + Levi G. Daley, 102 Park Street, Apt. 1, Mont Alto, PA 17237-9675

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025                           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:**

**Name**                         **Email Address**

Denise E. Carlon
                              on behalf of Creditor PNC BANK N.A. S/B/M TO NATIONAL CITY MORTGAGE A DIVISION OF NATIONAL CITY BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
                              ecf_pahu_alt@trustee13.com

Jerome B Blank
                              on behalf of Creditor PNC BANK NATIONAL ASSOCIATION pamb@fedphe.com

Mario J. Hanyon
                              on behalf of Creditor PNC BANK NATIONAL ASSOCIATION wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mark A. Buterbaugh
                              on behalf of Debtor 1 Levi G. Daley Mooneybkecf@gmail.com buterbaughmr61895@notify.bestcase.com

Matthew K. Fissel

|  |  |
|---|---|
|  | on behalf of Creditor PNC BANK N.A. S/B/M TO NATIONAL CITY MORTGAGE A DIVISION OF NATIONAL CITY BANK bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Nicholas G. Platt | on behalf of Debtor 1 Levi G. Daley ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Levi G. Daley,  
    **Debtor 1**

Chapter 13

Case No. 1:20−bk−01891−HWV

Social Security No.: xxx−xx−3688

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 14, 2025

**fnldec** (01/22)